IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONN DEVERAL MARTIN, 1454022, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-CV-711-N |
| ) | |
| SHIRLENE (ANGEL) D. HALEY, ET AL. ) | |
|     Defendants. ) | |

# ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

It is therefore ORDERED, ADJUDGED and DECREED that the Petitioner's complaint pursuant to 42 U.S.C. § 1983 is hereby TRANSFERRED to the United States District Court, Fort Worth Division, of the Northern District of Texas.

Signed October 6, 2010.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE